UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OUMOU FOFANA-LUND,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-cv-00983-KJD-VCF<br><br>**ORDER**<br><br>(Docket No. 12) |

　　　　Pending before the Court is a stipulated request for a hearing and extension of time. Docket No. 12. On August 22, 2017, a resolution was reached between the parties at the Early Neutral Evaluation Conference. Docket No. 11. The Court ordered the parties to file a stipulation for dismissal of this case no later than September 19, 2017. *Id.* However, Plaintiff is refusing to sign the settlement agreement in its existing form, and, therefore, the parties cannot meet the September 19, 2017, deadline.

　　　　A hearing is hereby **SET** on the parties' stipulation for September 26, 2017 at 10:00 a.m., in Courtroom 3D. The Court **ORDERS** the parties to appear with counsel. The deadline of September 19, 2017, to file a stipulation of dismissal is vacated pending this hearing.

　　　　IT IS SO ORDERED.

　　　　DATED: September 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge