IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OUMOU FOFANA-LUND, </br> Plaintiff, </br> vs. </br> CAESARS ENTERPRISE SERVICES, LLC, </br> Defendant. | Case No. 2:17-CV-983-KJD-VCF </br> **ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On June 27, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Michael P. Balaban, counsel for plaintiff, requesting a transcript of the sealed hearing August 22, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 18th day of September 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE