# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OUMOU FOFANA-LUND, | Case No. 2:17-cv-00983-KJD-VCF |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 15) |
| CAESARS ENTERPRISE SERVICES, LLC, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to reschedule the time of the hearing set for September 26, 2017. Docket No. 15. For good cause shown, the hearing will be rescheduled from September 26, 2017 at 10:00 a.m. to September 26, 2017 at 1:00 p.m., in Courtroom 3D. The parties must appear with counsel.

IT IS SO ORDERED.

DATED: September 19, 2017

_____
Nancy J. Koppe
United States Magistrate Judge