1  Deverie J. Christensen, Bar No. 6596
   christensend@jacksonlewis.com
2  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
4  Fax: (702) 921-2461
   *Attorneys for Defendant*
5  *Caesars Enterprise Services, LLC*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

8  OUMOU FOFANA-LUND, an individual;          Case No. 2:17-cv-00983-KJD-VCF

9          Plaintiff,

10         v.                                  **STIPULATION AND ORDER FOR**
                                               **DISMISSAL WITH PREJUDICE**
11 CAESARS ENTERPRISE SERVICES, LLC,
   a Delaware Limited Liability Company,
12
           Defendant.
13
       IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective
14
   counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own
15
   attorneys' fees and costs.
16
       Dated this 19th day of October, 2017          Dated this 19 day of October, 2017
17

18 MICHAEL P. BALABAN                          JACKSON LEWIS P.C.

19

20 Michael P. Balaban, Bar # 9370             Deverie J. Christensen, Bar #6596
   10726 Del Rudini Street                    3800 Howard Hughes Parkway, Suite 600
21 Las Vegas, Nevada 89141                    Las Vegas, Nevada 89169
   *Attorney for Plaintiff*                   *Attorney for Defendant*
22                                            *Caesars Enterprise Services, LLC*

23                              **ORDER**

24     IT IS SO ORDERED that the above-entitled case is hereby dismissed with prejudice, each

25 party to bear its own attorneys' fees and costs.

26     Dated this 23rd day of October, 2017.

27                                            _____
                                             U.S. District
28 4817-2601-9665, v. 1